IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01423-WDM-BNB

JAMES D. CUNNINGHAM,

    Plaintiff,

v.

TOM RIDGE, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued January 27, 2005, that plaintiff James D. Cunningham's motion for default judgment be denied. Cunningham filed a timely objection to the recommendation.[1]  28 U.S.C. § 636(b).

I have reviewed *de novo* the pertinent portions of the file, including the motion for default judgment, the various summonses, the recommendation, Cunningham's objection, and defendants' response to the objection. I conclude the recommendation should be accepted.

The recommendation reflects that Cunningham admitted, on the record of the January 25, 2005 status conference, that he had not complied with the service of process

---

[1] Cunningham's objections, filed February 8, 2005, were stricken for failure to comply with this Court's local rules on presentation of papers for filing. He resubmitted a corrected copy, that was received by the court on February 24, 2005. I will consider the objection as timely filed for purposes of *de novo* review.

requirements of Fed. R. Civ. P. 4(i). Although in his objection Cunningham contends that he did serve Craig Wallace, a representative of the United States Attorney's Office, he does not argue that he sent copies of the summonses and complaints "by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia." Rule 4(i)(1)(B). In addition, defendants point out in their response to the objection that Craig Wallace, at the time of service, was not the assistant United States attorney designated in writing to receive service of process.

     Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Boland, issued January 27, 2005, is accepted.

2. Plaintiff's motion for default judgment, filed October 28, 2004, is denied.

DATED at Denver, Colorado, on August 4, 2005.

                                                BY THE COURT:

                                                /s/ Walker D. Miller
                                                United States District Judge