IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-01423-WDM-BNB

JAMES D. CUNNINGHAM,

    Plaintiff(s),

v.

TOM RIDGE, et al.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

The following Minute Order is entered by Judge Walker D. Miller:

Plaintiff's motion to file objection out of time is granted to February 3, 2006.

Dated:      January 18, 2006

                                          s/ Jane Trexler, Secretary/Deputy Clerk