IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01423-WDM-BNB

JAMES D. CUNNINGHAM,

Plaintiff,

v.

TOM RIDGE,
JOHN ASHCROFT,
DAVID M. STONE,
JAMES LOY,
RENE DHENIN,
RALPH HAMBLIN,
LINDA LANGLEY,
RON DEGAUS,
ELLIE VASCONEZ,
STEVE GILLMOR,
THOMAS MULHERN,
MARTINA GRIGGS JOHNSON,
CAROLYN WILLIAMS,
VELMA WILEY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion on Designation of Expert Witnesses** (the "Motion"), filed April 3, 2006. The plaintiff seeks permission *not* to designate expert witnesses. He states that "these witnesses will be summons [sic], with other witnesses, if needed."

Rule 26(a)(2), Fed. R. Civ. P., requires parties to designate experts and to provide information about the opinions those experts will express. Among other things, Rule 26(a)(2) is

designed to permit an opposing party to retain rebuttal experts to offer opinions in response and to avoid improper surprise.

      IT IS ORDERED that the Motion is DENIED.

      Dated April 10, 2006.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge