IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 04-cv-01423-WDM-BNB

JAMES D. CUNNINGHAM,

Plaintiff,

v.

TOM RIDGE,
JOHN ASHCROFT,
DAVID M. STONE,
JAMES LOY,
RENE DHENIN,
RALPH HAMBLIN,
LINDA LANGLEY,
RON DEGAUS,
ELLIE VASCONEZ,
STEVE GILLMOR,
THOMAS MULHERN,
MARTINA GRIGGS JOHNSON,
CAROLYN WILLIAMS,
VELMA WILEY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion For Reconsideration of Magistrate's Order Dated April 10, 2006** [Doc. # 58, filed 4/21/06] (the "Motion to Reconsider").

On February 9, 2006, I entered a scheduling order which required the parties to designate expert witnesses on or before April 1, 2006. Thereafter, on April 3, 2006, the plaintiff filed a motion captioned *Motion on Designation of Expert Witnesses* [Doc. # 51], in which he requested that he not be required to designate experts on April 1, 2006, as ordered, and proposing instead

that "these witnesses will be summons, with other witnesses, if needed." I denied this motion by an order dated April 11, 2006, noting that Rule 26(a)(2) requires a party to designate experts and to provide information about the opinions those experts will express in order for the opposing party, if necessary, to retain rebuttal experts to offer opinions in response and to avoid improper surprise.

The Motion to Reconsider is confusing and appears to contain contradictory statements. First the plaintiff states that "there will be no need for any EXPERT WITNESSES, at any time." Motion to Reconsider, p.1. Later the plaintiff states that he "felt there was a choice" about whether to designate expert witnesses. Id. at p.2. On the whole, however, it appears that the plaintiff is indicating that he does not intend to engage any experts and that he wishes to be relieved of any obligation to designate an expert witness.

There is no duty on the part of any party to designate an expert witness if no expert will be called at trial by that party. Consequently, the plaintiff was not required to designate expert witnesses on April 1, 2006, if he does not intend to call any experts at trial. On the other hand, if the plaintiff will call an expert witness at trial, that expert had to be designated and the disclosures required by Rule 26(a)(2) must have been completed by April 1, 2006.

Reconsideration of my order of April 10, 2006, is not required and is not really requested by the plaintiff. In view of the clarification of my order of April 10, 2006, contained here:

IT IS ORDERED that the Motion to Reconsider is DENIED.

Dated April 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge